IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER RUSH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:10-cv-542-MEF |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) (WO - DO NOT PUBLISH) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the plaintiff's Motion to Open Discovery (Doc. #14) filed on July 26, 2010, it is hereby

ORDERED that defendants City of Montgomery and M.J. Jordan shall be required to show cause why the motion should not be granted by no later than 5:00 p.m. on Wednesday, August 4, 2010. The plaintiff may file a reply by no later than 5:00 p.m. on Monday, August 9, 2010.

DONE this the 27th day of July, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE